No. 85–7014. MEADOWS v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–7015. REEVES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–7018. HAINES v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 85–7021. BRECKENRIDGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–7022. BRAGG v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–7023. CHAVEZ v. SULLIVAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–7024. DENSON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–7025. HOLLINS v. HENKEL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 85–7028. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–7029. LINTHICUM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–7030. ROGERS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 85–7033. VIOLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–7034. JERMOSEN v. COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–7035. TRAUNIG v. VETERANS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.